BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 6 OF TOWN OF GREENBURGH, Respondent, v. TOWN OF GREENBURGH et al., Appellants.

Submitted May 16, 1938; decided May 24, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 193.)

SADYE KERR, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.

Submitted May 16, 1938; decided May 24, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 648.)

LOUIS DORFF, Respondent, v. HYMAN BORNSTEIN et al., Appellants.

Submitted May 16, 1938; decided May 24, 1938.

Motion for an order of restitution pursuant to section 1444 of the Civil Practice Act granted, with ten dollars costs, and it is hereby ordered that the plaintiff, Louis Dorff, forthwith duly execute and deliver to the defendants, Benjamin J. Bornstein and Rose Bornstein, a deed of the property in question with covenant against the acts of the grantor and forthwith deliver possession thereof to them. (See 277 N. Y. 236.)